```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04062
    KATHLEEN M PUDER
    RICHARD W PUDER                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-5097     SSN XXX-XX-5138
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/08/07 and confirmed on 05/18/07.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  19785.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 18148.35 | .00 | 18148.35 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| TIFFANY FARMS HOMEOWNERS | SECURED | .00 | .00 | .00 |
| ACL SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH COMM H S | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH RESCUE SQUAD | UNSECURED | NOT FILED | .00 | .00 |
| AURORA HEALTH CENTER | UNSECURED | NOT FILED | .00 | .00 |
| AURORA HEALTH CENTER | UNSECURED | NOT FILED | .00 | .00 |
| AURORA MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOVASCULAR ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATE ADJUSTMENT SO | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GREENLEAF ORTHOPAEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 287.00 | .00 | .00 |
| JEANNIE WASCHOW DPM | UNSECURED | NOT FILED | .00 | .00 |
| JOHNATHAN M LUBENS MD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LMG FAMILY DOCTORS | UNSECURED | NOT FILED | .00 | .00 |

```
MANUS DENTAL              UNSECURED      NOT FILED           .00           .00
MEA AEA KENOSHA SC        UNSECURED      NOT FILED           .00           .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED           .00           .00
NEUROLOGICAL SERVICES     UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED         424.23           .00           .00
NORTHERN ILLINOIS COLLEC  UNSECURED      NOT FILED           .00           .00
NORTHERN ILLINOIS COLLEC  UNSECURED      NOT FILED           .00           .00
OLIVER ADJUSTMENT         UNSECURED      NOT FILED           .00           .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED           .00           .00
SBC AMERITECH             UNSECURED      NOT FILED           .00           .00
STATE COLLECTION SERVICE  UNSECURED      NOT FILED           .00           .00
VILLAGE OF ANTIOCH        UNSECURED      NOT FILED           .00           .00
```

Summary of disbursements:

```
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED 18148.35         .00       711.23         .00     18859.58
PRINCIPAL PAID     18148.35         .00          .00         .00     18148.35
INTEREST PAID           .00         .00          .00         .00          .00
TOTAL PAID         18148.35         .00          .00         .00     18148.35
```

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3000.00
and was paid $    301.00   direct and $    970.08   through the plan.

The Trustee received $    666.57 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/16/08             /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE


                          PAGE   2
       CASE NO. 07 B 04062 KATHLEEN M PUDER & RICHARD W PUDER